# IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
## CLAYTON DIVISION

| | | |
|---|---|---|
| JOHNNY W. SASSER, | ) | 2006 JUL -5 A 10: 30 |
| Plaintiff, | ) | DEBRA P. HACKETT, CLK<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT ALA |
| vs. | ) | |
| | ) | CIVIL ACTION NO. CV-06-37 |
| RYDER TRUCK RENTAL, INC., d/b/a<br>RYDER DEDICATED LOGISTICS,<br>INC., a/k/a RYDER INTEGRATED<br>LOGISTICS, INC., RYDER<br>SERVICES CORPORATION and<br>MARTYE LLOYD, | ) | 2:06cv593 |
| Defendants. | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   David S. Nix, Circuit Court
Circuit Court of Barbour County, Alabama (Clayton Division)
P.O. Box 219
Clayton, Alabama 36016

Please take Notice that Defendants designated in Plaintiff's complaint as Ryder Truck Rental, Inc, d/b/a Ryder Dedicated Logistics, Inc., a/k/a Ryder Integrated Logistics, Inc., and Martye Lloyd have this date filed their Notice of Removal in this cause, a copy of which is attached hereto as **Exhibit "1"**, in the office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division, and that this matter is now pending in said Court.

This the 30th day of June, 2006.

Respectfully Submitted,

William A. Austill (AUS.008)
Conley W. Knott (KNO012)

**OF COUNSEL**:
AUSTILL, LEWIS & SIMMS, P.C.
P. O. Box 11927
Birmingham, AL 35202-1927
Telephone:    (205) 870-3767
Facsimile:    (205) 870-3768

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed, on this 30th day of JUNE, 2006 to:

Amy H. Shumate
519 South Oates Street
Dothan, Alabama 36301

_____
OF COUNSEL