IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUL -5  A 10: 30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JOHNNY W. SASSER, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv593 |
| RYDER TRUCK RENTAL, INC., d/b/a RYDER DEDICATED LOGISTICS, INC., a/k/a RYDER INTEGRATED LOGISTICS, INC., RYDER SERVICES CORPORATION and MARTYE LLOYD, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW, William A. Austill, Conley W. Knott and the law firm of AUSTILL, LEWIS & SIMMS, P.C., and enter their appearance on behalf of the defendants improperly designated in Plaintiff's complaint as Ryder Truck Rental, Inc, d/b/a Ryder Dedicated Logistics, Inc., a/k/a Ryder Integrated Logistics, Inc.[1], and Martye Lloyd in the above styled matter. Counsel request that copies of all pleadings and/or other documents be served upon them.

---

[1] This defendant is improperly designated and is actually two (2) separate entities. Ryder Truck Rental, Inc., is one entity, and Ryder Dedicated Logistics, Inc., changed its name to Ryder Integrated Logistics, Inc., in 1996, is another entity.

_____
William A. Austill (Fed ID: 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)
Conley W. Knott (Fed ID: 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)
Attorneys for Ryder Truck Rental, Inc, Ryder
Integrated Logistics, Inc., and Martye Lloyd

**OF COUNSEL**:
AUSTILL, LEWIS & SIMMS, P.C.
P. O. Box 11927
Birmingham, AL 35202-1927
Telephone:  (205) 870-3767
Facsimile:  (205) 870-3768

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed, on this 30th day of June, 2006 to:

Amy H. Shumate
519 South Oates Street
Dothan, Alabama 36301

Troy King, Esq.
Attorney General of Alabama
Attorney General's Office
11 South Union Street
Montgomery, Alabama 36130-2105

OF COUNSEL