IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

RECEIVED

2006 AUG 29  A 10: 30

| | |
|---|---|
| JOHNNY W. SASSER, | |
| Plaintiff(s), | |
| v. | |
| RYDER TRUCK RENTAL, INC., d/b/a RYDER DEDICATED LOGISTICS, INC., a/k/a RYDER INTEGRATED LOGISTICS, INC., RYDER SERVICES CORPORATION and MARTYE LLOYD, | Civil Action No. 2:06-cv-593-CSC |
| Defendant(s). | |

### REPORT OF THE PARTIES' PLANNING MEETING

COMES NOW, the Defendant and Plaintiff, jointly and by and through the undersigned counsel, and file this Report of the Parties' Planning Meeting and states as follows:

1. Pursuant to Rule 26(f), Fed.R.Civ.P., a meeting was held on __8-23-2006__ and included the following participants:

    Conley W. Knott, Esq.
    AUSTILL, LEWIS & SIMMS, P.C.
    Post Office Box 11927
    Birmingham, Alabama 35202-1927

    Amy H. Shumate, Esq.
    519 South Oates Street
    Dothan, Alabama 36301

2. Pre-Discovery Disclosures. The parties will exchange the information required by Rule 26(a)(1) on or before __10-1-2006__.

3. Discovery Plan. Discovery may be needed on the allegations and claims in the Complaint, and the Answer of Defendants Ryder Truck Rental, Inc., Ryder Integrated Logistics, Inc., and Martye Lloyd. The parties shall attempt to reach a mutually agreeable stipulation of facts within twenty-one days of the entry of the order on this Report. Formal discovery will

*Sasser, Johnny W. Vs. Ryder Truck Rental, Inc. And Martye Lloyd, et al (outrage)*
Civil Action No.:  CV 2006-593-CSC
Report of the Parties' Planning Meeting

be stayed until that time. In the event that the parties are unable to reach a mutually agreeable stipulation of facts, the parties jointly propose to the Court the following discovery plan:

a. Completion of fact discovery, not including medical discovery, by 7-1-2007, unless otherwise extended by all parties in writing.

b. Completion of medical discovery by 8-1-2007, unless otherwise extended by all parties in writing.

c. A maximum of 40 interrogatories and 40 requests for admissions by each party to any other party, with responses due thirty (30) days after service.

d. A maximum of 40 requests for production of documents by each party to any other party, with responses due thirty (30) days after service.

e. Disclosure of retained expert witness information under Rule 26(a)(2):

   i. due from plaintiff(s) by 3-1-2007, with such expert(s) depositions to be taken no later than 4-1-2007.

   ii. due from defendant(s) by 3-15-2007, with such expert(s) depositions to be taken no later than 4-15-2007.

4. Other Items.

   a. The parties do not request a conference with the Court before entry of the scheduling order.

   b. The parties should be allowed until 10-15-2006 to join additional parties and to amend the pleadings.

   c. Dispositive motions may be filed no later than ninety (90) days prior to the pretrial date.

   d. The parties request a final pretrial conference thirty (30) days before trial.

   e. Settlement prospects cannot be evaluated at this time.

   f. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

      i. from plaintiff: 45 days before trial.

      ii. from defendants: 45 days before trial.

*Sasser, Johnny W. Vs. Ryder Truck Rental, Inc. And Martye Lloyd, et al (outrage)*
Civil Action No.:   CV 2006-593-CSC
<u>Report of the Parties' Planning Meeting</u>

    g.    Parties should have <u>7</u> days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    h.    The case should be ready for trial on or after <u>9-24-2007</u>, and is estimated to last <u>3</u> days.

    i.    Supplementation under Rule 26(e) is due on a continuing basis.

_____
Conley W. Knott (Fed ID: 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)
Attorney for Defendants
Ryder Truck Rental, Inc, Ryder Integrated Logistics, Inc., and Martye Lloyd

<u>OF COUNSEL</u>:
AUSTILL, LEWIS & SIMMS, P.C.
P. O. Box 11927
Birmingham, AL 35202-1927
Telephone:   (205) 870-3767
Facsimile:    (205) 870-3768

_____
Amy M. Shumate (s Hu ols)
Attorney for Plaintiff
Johnny W. Sasser

<u>OF COUNSEL</u>:
Amy M. Shumate, Esq.
519 South Oates Street
Dothan, AL  36301