IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG 29  A 11: 27

| | |
|---|---|
| JOHNNY W. SASSER, | ) |
| PLAINTIFF, | ) |
| vs. | ) CASE NO.: 2:06cv593-CSC |
| RYDER TRUCK RENTAL, et al., | ) |
| DEFENDANTS. | ) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

8-28-06
Date

_[signature]_
Signature

Johnny W. Sasser
Counsel For (print name of all parties)

519 S. Oates St. Dothan, AL 36301
Address, City, State, Zip Code

334-673-0729
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**