IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY W. SASSER, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06cv593-CSC |
| RYDER TRUCK RENTAL, *et al.*, | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____     _____
Date                                          Signature

_____
Counsel For (**print** name of all parties) Ryder Truck Rental

_____
Address, City, State Zip Code    2101 Highland Ave S, Birmingham AL 35205

_____
Telephone Number  (205) 870-3767

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**

3