# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOHNNY W. SASSER,<br><br>    Plaintiff(s),<br><br>v.<br><br>RYDER TRUCK RENTAL, INC., d/b/a<br>RYDER DEDICATED LOGISTICS, INC.,<br>a/k/a RYDER INTEGRATED LOGISTICS,<br>INC., RYDER SERVICES CORPORATION<br>and MARTYE LLOYD,<br><br>    Defendant(s). | Civil Action No.<br>2:06-cv-593-CSC |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Defendants, improperly designated in Plaintiff's complaint as Ryder Truck Rental, Inc, d/b/a Ryder Dedicated Logistics, Inc., a/k/a Ryder Integrated Logistics, Inc., and Martye Lloyd, by and through the undersigned counsel, and move the Court to enter, pursuant to Rule 56 of the Federal Rules of Civil Procedure, a summary judgment in favor of these Defendants, dismissing this action with prejudice on the ground that there is no genuine issue as to any material fact and that this defendant is entitled to a judgment as a matter of law.

This motion is based upon the defendant's Brief and Evidentiary Materials, which the Defendants have filed with this Motion.

WHEREFORE, PREMISES CONSIDERED, the Defendants designated in Plaintiff's complaint as Ryder Truck Rental, Inc, d/b/a Ryder Dedicated Logistics, Inc., a/k/a Ryder Integrated

*Sasser, Johnny W. vs. Ryder Truck Rental, Inc., and Martye Lloyd, et al*
Civil Action No.:    2:06-cv-593-CSC
Motion for Summary Judgment

Logistics, Inc., and Martye Lloyd, respectfully request that summary judgment be entered in their favor dismissing with prejudice any and all claims against them in this matter, and taxing cost as paid and incurred.

Respectfully submitted,

_____
William A. Austill
Bar Number: AUS008
Attorney for Defendants

OF COUNSEL:
Austill Lewis, P.C.
P.O. Box 11927
Birmingham, AL  35202-1927

**ORAL ARGUMENT IS REQUESTED**

*Sasser, Johnny W. vs. Ryder Truck Rental, Inc., and Martye Lloyd, et al*
Civil Action No.:    2:06-cv-593-CSC
Motion for Summary Judgment

## CERTIFICATE OF SERVICE

I hereby certify that, on the 24th day of May, 2007, I have served a copy of the above and foregoing on counsel for all parties by:

_____    Facsimile transmission;

_____    Hand delivery;

_____    Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to:

__X__    Using the Electronic Filing system which will send notification of such to the following:

Amy M. Shumate
519 South Oates Street
Dothan, AL 36301
   Attorney For: Johnny W. Sasser

_____
OF COUNSEL