# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| JOHNNY W. SASSER, | |
| Plaintiff(s), | |
| v. | |
| RYDER TRUCK RENTAL, INC., d/b/a RYDER DEDICATED LOGISTICS, INC., a/k/a RYDER INTEGRATED LOGISTICS, INC., RYDER SERVICES CORPORATION and MARTYE LLOYD, | Civil Action No. 2:06-cv-593-CSC |
| Defendant(s). | |

### EVIDENTIARY SUBMISSION IN SUPPORT OF SUMMARY JUDGMENT

COMES NOW, the Defendant, improperly designated in Plaintiff's complaint as Ryder Truck Rental, Inc, d/b/a Ryder Dedicated Logistics, Inc., a/k/a Ryder Integrated Logistics, Inc., and Martye Lloyd, by and through the undersigned counsel, and files this Evidentiary Submission in Support of Defendant's Motion for Summary Judgment. Said evidentiary submission includes the following exhibits:

1. The Complaint in the above-styled action.

2. Workers' Compensation Settlement Petition and Agreement (2-16-1998) from *Sasser vs. Ryder, In the Circuit Court of Barber County, Alabama, Clayton Division, CV-1997-01*

3. Order Approving Workers' Compensation Settlement (2-16-1998) from *Sasser vs. Ryder, In the Circuit Court of Barber County, Alabama, Clayton Division, CV-1997-01*

4. Plaintiff's Petition for a Rule Nisi (1999) from *Sasser vs. Ryder, In the Circuit Court of Barber County, Alabama, Clayton Division, CV-1997-01*

*Sasser, Johnny W. Vs. Ryder Truck Rental, Inc. And Martye Lloyd, et al (outrage)*
Civil Action No.: 2:06-cv-593-CSC
Evidentiary Submission in Support of Summary Judgment

5. Order (10-29-1999) from *Sasser vs. Ryder, In the Circuit Court of Barber County, Alabama, Clayton Division, CV-1997-01*

6. Findings or Fact and Judgment on Petition for Rul Nisi (4-11-2000) from *Sasser vs. Ryder, In the Circuit Court of Barber County, Alabama, Clayton Division, CV-1997-01*

7. Order Approving Settlement of Past Medical Expense (4-25-2000) from *Sasser vs. Ryder, In the Circuit Court of Barber County, Alabama, Clayton Division, CV-1997-01*

8. Deposition of Plaintiff from *Sasser vs. Ryder, In the Circuit Court of Barber County, Alabama, Clayton Division, CV-1997-01*

9. Physician Peer Review report by Dr. William Cabot (5-15-2002)

10. Physician Peer Review report by Dr. Terrence J. Wilson (3-17-2003)

11. Physician Peer Review report by Dr. Terrence J. Wilson (5-2-2004)

12. Correspondence from Defendants to Dr. Wallace McGahan (7-10-2002) regarding peer review report of Dr. William Cabot.

13. Correspondence from Defendants to Dr. Wallace McGahan (8-22-2003) regarding the 3-17-2003 peer review report of Dr. Terrence Wilson.

Respectfully submitted,

By: _____
William A. Austill
Bar Number AUL008
Attorney for Defendants

OF COUNSEL:
Austill Lewis, P.C.
P.O. Box 11927
Birmingham, AL 35202-1927

*Sasser, Johnny W. Vs. Ryder Truck Rental, Inc. And Martye Lloyd, et al (outrage)*
Civil Action No.:  2:06-cv-593-CSC
Evidentiary Submission in Support of Summary Judgment

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed, on this 24th day of May, 2007 to:

Amy M. Shumate
519 South Oates Street
Dothan, AL  36301
   Attorney For: Johnny W. Sasser

OF COUNSEL