# EXHIBIT "3"

IN THE CIRCUIT COURT OF BARBOUR COUNTY

STATE OF ALABAMA

JOHNNY W. SASSER, )
)                                    FEB 1998
Plaintiff, )
)                                    David S. (illegible)
vs. )
)            CIVIL ACTION NO. 97-01
RYDER TRUCK RENTAL, INC., d/b/a )
RYDER DEDICATED LOGISTICS, )
INC., et al., )
)
Defendants. )

## ORDER APPROVING WORKERS' COMPENSATION SETTLEMENT

Upon reading the foregoing Workers' Compensation Settlement Petition and Agreement, being fully advised in the premises, and it appearing that the allegations of said petition are true and that said settlement is substantially in accordance with the provisions of the Workers' Compensation Law of the State of Alabama, and having first made inquiry into the bona fides of plaintiff's claim and the liability of defendant, and being of the opinion that it is in the best interest of the plaintiff to accept the amount which defendant in said petition has agreed to pay, to-wit: $7,000.00; and

The plaintiff having applied to the Court for the employment of William H. Robertson and G. Thomas Jackson as his attorneys, and the Court, having approved same, finds that William H. Robertson and G. Thomas Jackson are entitled to the sum of $1,050.00, said sum being fifteen (15%) percent of the compensation awarded hereby, in accordance with Section 25-5-90, *Code of Alabama 1975*, as amended, as a reasonable attorney fee, it is therefore,

ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. That the Workers' Compensation Settlement Petition and Agreement be, and the

EXHIBIT B

same is hereby approved, and that the parties shall comply with all of the provisions thereof.

2. That plaintiff have and recover of defendant the sum of $7,000.00.

3. That defendant shall also be responsible for reasonably necessary medical expenses incurred by plaintiff in the future to the extent and in the manner required by Section 25-5-77, *Code of Alabama 1975*, as amended.

4. That defendant is subrogated as provided under Section 25-5-11, *Code of Alabama 1975*, as amended, to any recovery either by settlement or judgment which plaintiff may receive or recover from any third party for the injury to plaintiff.

5. That defendant is further released and forever discharged from any and all claims arising out of his employment with defendant, including but not limited to, all claims for retaliatory discharge; all claims for unemployment compensation; all claims for discrimination of any kind under law, regulation, or executive order; and all claims under the Americans With Disabilities Act.

6. That William H. Robertson and G. Thomas Jackson be awarded an attorney fee of $1,050.00, which sum represents fifteen percent (15%) of the award, which shall be paid out of and not in addition to the award to plaintiff.

7. That upon payment of $7,000.00 to the plaintiff, and the filing fee for this proceeding, defendant Ryder Dedicated Logistics, Inc. now known as Ryder Integrated Logistics, Inc. shall be released and discharged in accordance with the terms of said petition.

DATED this 19th day of February, 1998.

_____
CIRCUIT JUDGE

kt/5166