EXHIBIT "4"

## IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
## CLAYTON DIVISION

JOHNNY W. SASSER,                         )
                                          )
      PLAINTIFF,                  )
                                          )
Vs.                                       )    CIVIL ACTION NO. CV-97-01.01
                                          )
RYDER TRUCK RENTAL, INC, D/B/A  )
RYDER DEDICATED LOGISTICS,      )
INC., et. al.                             )
                                          )
      DEFENDANTS.                 )
                                          )

## PLAINTIFF'S PETITION FOR A RULE NISI

      Comes now the Plaintiff, Johnny W. Sasser, in the above style cause of action and represents unto your Honer as follows:

    1.     On about the 8th day of September 1995, Johnny W. Sasser who was an employee of the Defendant Ryder Truck Rental, Inc., now known as Ryder Dedicated Logistics, Inc. and who was engaged in the business of his employment did on that said time and date sustained and injury to his back by an accident.

    2.     On February 16, 1998 the parties reached an agreement as to the claims of Plaintiff and as part of that agreement the Defendant in paragraph number eleven (11) agreed to be responsible for reasonable necessary medical expenses incurred by the Plaintiff in the future as a proximate result of the alleged accident and injury.    Copy attached as Exhibit "A"

    3.     On February 16, 1998 the Court entered an Order Approving Workers' Compensations Settlement by which the Defendant in paragraph number three (3) was ordered to

be responsible for reasonable necessary expense incurred by the Plaintiff in th

attached as Exhibit "B"

4.    Whereas the Plaintiff in accordance with paragraph number e

agreement, notified the Defendant when he need medical treatment and was

Defendant to use his medical card to pay for said medical expenses.

5.    On or about January 15, 1999 the Plaintiff was notified by the

medical card was terminated and no longer valid

6.    The Defendant has refused to provide any medical treatments

Court Order since January 15, 1999.

WHEREFORE, PREMISES CONSIDERED, your Petitioner prays t

its Rule Nisi to the Defendant, Ryder Truck Rental, Inc., now known as Ry

Logistics, Inc. , ordering them to appear in open court and show cause why

held in civil contempt of the court for their willful refusal to comply with sa

G. Thomas Jackson
Attorney for Plaintiff

OF COUNSEL:
JACKSON & JACKSON, L.L.C.
P.O. Box 10
Clayton, Al 36016