EXHIBIT "5"

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
CLAYTON DIVISION

| | |
|---|---|
| JOHNNY W. SASSER, )<br>)<br>PLAINTIFF, )<br>)<br>Vs. )<br>)<br>RYDER TRUCK RENTAL, INC, D/B/A )<br>RYDER DEDICATED LOGISTICS, )<br>INC., et. al. )<br>)<br>DEFENDANTS. )<br>) | CIVIL ACTION NO. CV-97-01.01 |

## ORDER

This matter being before the Court on the Plaintiff's Petition for a Rule NISI to hold the Defendant in Contempt for failure to pay medical expenses as Ordered by this Court and the evidence presented to the Court by both the Plaintiff and Defendant; it is,

Therefore Ordered by this Court that the medical records of Johnnie W. Sasser be submitted to Dr. Wallace B. McGahan for an evaluation and a determination of wheither or not, in his opinion, that the injury to Johnnie W. Sasser that occured on or about September 8, 1995, is a work related injury and to report said evaluation and determination to this Court; it is,

Further Ordered by this Court in the event Dr. Wallace B. McGahan, is in need of additional medical information to form his opinion, he shall have Johnnie W. Sasser evaluated by a neurologist of his choice; it is,

Further Ordered by this Court that the Defendant shall be responsible for any and all medical expenses as a result of this Order.

Done this 29th day of October, 1999.

_____
CIRCUIT JUDGE