# EXHIBIT "7"

IN THE CIRCUIT COURT FOR BARBOUR COUNTY

STATE OF ALABAMA

FILED
APR 25 2000
DAVID S. NIX, CLERK
BARBOUR CO. ALABAMA

JOHNNY W. SASSER,

    Plaintiff,

vs.

RYDER TRUCK RENTAL, INC., d/b/a
RYDER DEDICATED LOGISTICS,
INC., et al.,

    Defendants.

CIVIL ACTION NO. CV-97-01

## ORDER APPROVING SETTLEMENT OF PAST MEDICAL EXPENSE

Upon reading the foregoing Settlement Petition and Agreement for Past Medical Expense, being fully advised in the premises, and having made inquiry into the bona fides of plaintiff's claim and the liability of defendant, the Court finds that the parties are subject to the Workers' Compensation Law of the State of Alabama; that plaintiff has sustained an injury as the result of an accident that occurred in the course of his employment with defendant, that all claims for disability compensation were heretofore settled between the parties by Order dated February 19, 1998, in Civil Action No. CV-97-01 by the Circuit Court of Barbour County; that this settlement is for past medical expenses and benefits of any other nature that are provided by Section 25-5-77, *Code of Alabama 1975*, as amended, only; and that this settlement is substantially in accordance with the Workers' Compensation Law of the State of Alabama and is in the best interest of plaintiff. It is therefore

ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. That the proposed settlement as set forth in the Settlement Petition and Agreement for Past Medical Expense is in the best interest of plaintiff, that it is hereby approved, and that

the parties shall comply with all of the provisions thereof.

2. That plaintiff have and recover of defendant the sum of $6,000.00.

3. That defendant is hereby released and forever discharged from any and all claims for medical expenses incurred prior to the date of this order on account of any injury sustained by plaintiff as a result of any accident which occurred in the course of plaintiff's employment with defendant.

4. That defendant shall continue to be responsible for reasonably necessary medical expenses incurred by plaintiff in the future to the extent and in the manner required by Section 25-5-77, *Code of Alabama 1975*, as amended.

DONE this 25 day of April, 2000.

_____
HONORABLE BURT SMITHART
CIRCUIT JUDGE

G:\5166\PLEADING\order.139\kt

2