### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **JOHNNY W. SASSER** | ) |
|     **PLAINTIFF,** | ) |
| | ) |
| vs. | )   **CASE NO.: 2:06cv593-CSC** |
| | ) |
| **RYDER TRUCK RENTAL, et al.,** | ) |
| | ) |
|     **DEFENDANTS.** | ) |

### MOTION TO EXTEND DEADLINE

**COMESCOMES NOW**, the Plaintiff by an, the Plaintiff by and through t, the Plaintiff by and throug HonorableHonorable Court to grant an extension in the time required to respond to theHonorable Court to grant an e Summary Judgment, and as grounds therefore, states as follows:

1.1.  1. The Plaintiff1.  The Plaintiff has been attempting to schedule the Defendant s deposition since mid- ofof this year.  A deposition finally was scheduled for June 15, 2007, hoof this year.  A deposition finally was s defense counsel s father, that deposition is having to be postponed.

2.2.  The Plaintiff is in need of that deposition to assist in t2.  The Plaintiff is in need of that depo judgment filed by the Defendant.

3.  This request is not filed to hinder the case or to cause needless delays.

Wherefore,Wherefore, theWherefore, the premises considered, the Plaintiff respectfullyWherefore, the pre extension for him to respond appropriately to the Defendant s Motion.

                                                                                   _____

                                                                                  Amy M. Shumate (SHU 015)
                                                                                  519 S. Oates Street
                                                                                   Dothan, Alabama 36301
                                                                                   (334) 673-0729

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of theI hereby certify that I have served a copy of the foregoingI thethe United States mail, postage prepaid and properthe United States mail, postage prepaid and properly ad 11927, Birmingham, Alabama 35202-1927, this _____ day of June, 2007.

_____

Amy M. Shumate