**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**JOHNNY W. SASSER** )
    **PLAINTIFF,** )
     )
**vs.** )    **CASE NO.: 2:06cv593-CSC**
     )
**RYDER TRUCK RENTAL, et al.,** )
     )
    **DEFENDANTS.** )

**MOTION TO EXTEND DEADLINE**

    **COMESCOMES NOW**, the Plaintiff by , the Plaintiff by and , the attorney, and requests this Honorable Court to grant an extension inin the time required to respond to the Defendant s Motion for Summary Judgment, and as grounds therefore, states as follows:

    1.1.   The Plaintiff has been attempting to schedule the Defendant Defendant s deposition since mid-AprilDefendant s deposition sin finallyfinally was scheduled for June 15, 2007, however, due to the illness of defense counsel s father, that deposition is having to be postponed.

    2.2.   The Plaintiff is in need of2. The Plaintiff is in need of that the response to the summary judgment filed by the Defendant.

    3.3.   This request is not filed to hinder the case or to cause needless delays.

    Wherefore,Wherefore, the premises considered, the Plaintiff respectfully requestsrequests this Court to grant an extension for him to respond appropriately to the Defendant s Motion.

                                                                _____

        /s/ Amy M. Shumate
Amy M. Shumate (SHU 015)
519 S. Oates Street
Dothan, Alabama 36301
(334) 673-0729

**CERTIFICATE OF SERVICE**

II hereby certify that I have served a copy of the foregoing by placingplacing a copy of the same in the Uniteplacing a copy of the sa prepaidprepaid and properly addressed to William A. Austill, P.O. Box 11927,11927, Birmingham, Alabama 35202-1927,11927, Birmingham, Alabama 35202

        /s/ Amy M. Shumate

Amy M. Shumate

AMY M. SHUMATE, P.C.
519 S. OATES STREET
DOTHAN, AL 36301

William A. Austill
Austill, Lewis & Simms, P.C.
P.O. Box 11927
Birmingham, Alabama 35202-1927