IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY W. SASSER, | |
| Plaintiff(s), | |
| v. | |
| RYDER TRUCK RENTAL, INC., d/b/a RYDER DEDICATED LOGISTICS, INC., a/k/a RYDER INTEGRATED LOGISTICS, INC., RYDER SERVICES CORPORATION and MARTYE LLOYD, | Civil Action No. 2:06-cv-593-CSC |
| Defendant(s). | |

## MOTION TO CONTINUE TRIAL AND EXTEND SCHEDULING ORDER DEADLINES

COME NOW, the Defendants, designated in Plaintiff's complaint as Ryder Truck Rental, Inc, d/b/a Ryder Dedicated Logistics, Inc., a/k/a Ryder Integrated Logistics, Inc., and Martye Lloyd, by and through the undersigned counsel, and file this Motion to Continue the Trial and Extend the Scheduling Order Deadlines, and states as follows:

1. Counsel for all Parties have consulted with one another with respect to remaining discovery to be completed, settlement and mediation, and trial readiness.

2. Plaintiff has already filed a Motion for Extension with respect to the deadline for making submissions in response to the Motion for Summary Judgment filed by these Defendants. Plaintiffs' motion cites the need to take depositions.

*Sasser, Johnny W. Vs. Ryder Truck Rental, Inc., and Martye Lloyd, et al*
Civil Action No.:  2:06-cv-593-CSC
Motion to Continue Trial and Extend Scheduling Order Deadlines

3. This Defendant will have no objection to Plaintiff's Motion for Extension, provided the Court would grant a Continuance of the Trial until the next jury term compatible with the Court's docket (with a like extension of deadlines in the Court's Scheduling Order).

4. The Parties are in agreement that a continuance of the trial, with a like extension of deadlines in the Court's Scheduling Order, will not prejudice either party, and will in fact promote the truth-seeking function of the Court. The Defendants note this Motion is being filed in advance of the existing discovery deadline.

5. Furthermore, and without regard to the requested extension sought above, the Parties wish to advise the Court they have agreed on a list of potential mediators and are presently endeavoring to schedule a mediation of this civil action at the earliest mutually agreeable time, compatible with the mediator's calendar.

WHEREFORE, PREMISES CONSIDERED, the Defendants, in consultation with Plaintiff, move this Honorable Court to continue the trial of this case, and extend the deadlines in the scheduling order in like manner.

Respectfully submitted,

By: /s/ William A. Austill
William A. Austill (Fed ID: 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)
Attorney for Defendants

OF COUNSEL:
Austill Lewis, P.C.
P.O. Box 11927
Birmingham, AL  35202-1927

Case 2:06-cv-00593-CSC    Document 17    Filed 06/07/2007    Page 3 of 3

*Sasser, Johnny W. Vs. Ryder Truck Rental, Inc., and Martye Lloyd, et al*
Civil Action No.:  2:06-cv-593-CSC
Motion to Continue Trial and Extend Scheduling Order Deadlines

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed, on this __7th__ day of June, 2007 to:

Amy M. Shumate
519 South Oates Street
Dothan, AL  36301
   Attorney For: Johnny W. Sasser

　　　　　　　　　　　　　　　　__/s/  William A. Austill__
　　　　　　　　　　　　　　　　OF COUNSEL