# EXHIBIT 5



DEFENDANT'S EXHIBIT 34

WALLACE B MCGAHAN, M. D.
P. O. BOX 67
CLIO, ALABAMA 36017
(334) 397-4433

January 3, 2000

Reference: Johnny Sasser

Dear Judge Smithart:

Mr. Johnny Sasser, in my medical opinion, received a work related injury on or about September 8, 1995. I reached this opinion after several office visits and examinations. I do not believe that Mr. Sasser has anything to gain from a urologist examination at this time. Although, I would be happy to schedule him a visit or visits. In my opinion, Mr. Sasser's approximate medical expenses should be $10,000 per year. I could elaborate on the nature of his injury if necessary, so if more information is needed please let me know.

Sincerely,

Barry McGahan, M. D.

bl/wnm