# EXHIBIT 6

DEFENDANT'S EXHIBIT 41

**WALLACE B. MC GAHAN, JR., M.D.**
106 El AMVILLE ROAD
CLIO, AL 36017

(205) 397-4433

DEA # AM 9697268
LIC. # 9963 (AL)

NAME _JOHNNY SISTER_      AGE ___

ADDRESS _____      DATE 6/5/00

Rx VOID IF NOT SAFETY GREEN BACKGROUND

℞  extra firm
    orthopedic
    mattress

    electric bed
    Workmens
    comp

Refill ____ times
☐ Label

[signature]

PRODUCT SELECTION PERMITTED    DISPENSE AS WRITTEN

FP0137294



RECEIVED
SEP 12 2000