# EXHIBIT 7

```
DEA # AM*****
                WALLACE B. MCGAHAN, JR., M.D.
                     3208 ELAMVILLE STREET
                        CLIO, AL 36017
                         334-397-4433
                       AL Lic No. 9963
```

Name: Johnny Sasser

Address: _____ Date: 3-1-02

℞ (Please Print)

Refer: Pain Clinic
         3-4-02

Dx: Lower back pain

                per    W. B. McGAHAN, M.D., P.C.
                       106 ELAMVILLE ROAD
                          P.O. BOX 67
                       CLIO, ALABAMA 36017

PRODUCT SELECTION PERMITTED     DISPENSE AS WRITTEN