# EXHIBIT 8



Johnny Sasser
DATE: 1/22/01
CHART # 2596
ALLERGY: Codeine, Morphine, and Demerol

S: 49 year old male complains of lower back pain. Patient complains of numbness to both legs. Patient complains of feeling nervous. Patient complains of not being able to sleep x years. FAMILY HISTORY: Unremarkable. PATIENT HISTORY: Myocardial infarction, CABG, CAD, degenerative disc disease, brain tumor, hypertension, lower back pain, and hyperlipidemia. SOCIAL HISTORY: Nonsmoker, nondrinker. MEDICATIONS: Valium 10 mg, t.i.d. Tagament 400 mg, t.i.d. Lasix 40 mg, t.i.d. Prinivil 10 mg, qd. Methadone 2.5 mg, t.i.d. Zanaflex 4 mg, t.i.d. Slow K 10 meq, t.i.d. Zocor 20 mg, qd. Norvasc 10 mg, qd. Plavix 75 mg, qam. Isosorbide 40 mg, t.i.d.

O: BP: 112/68. Temp: 96.3. Weight: 236 lbs. Pulse: 72. Respiration: 18. Generally alert and oriented x 3 and in no acute distress. HEENT: Eyes, PERRLA. EOMI. TM's are normal. Pharynx is normal. Neck is supple without masses or thyromegaly. Chest: Clear. Cardiovascular: Regular rate and rhythm without murmurs, rubs, or gallops. Abdomen: Soft without masses or organomegaly, nontender. Ortho: Range of motion within normal limits, no edema. Neuro: Reflexes 2+ and symmetric with no meningismus.

A: Diagnosis: Spinal stenosis. Lower back pain. Muscle spasm. CAD. GAD.

P: Patient is written prescription for Valium 10 mg, t.i.d. #60 x one refill, Phrenilin forte #30 x one refill, and Zantac 150 mg, b.i.d. Return to the clinic as needed.

Wallace B. McGahan, M.D.
ldm

334-397-4433



MAR 26 2001



Johnny Sasser
DATE: 9/13/00
CHART # 2596
ALLERGY: Codeine, Morphine, and Demerol

S: 49 year old male complains of lower back pain. Patient complains of slipping and falling x 3 days ago. Patient complains of cutting right hand when he fell. Patient complains of muscle spasms. Patient was seen at the pain clinic on 9/5/00. FAMILY HISTORY: Unremarkable. PATIENT HISTORY: Myocardial infarction, CABG, CAD, degenerative disc disease, brain tumor, hypertension, lower back pain, and hyperlipidemia. SOCIAL HISTORY: Nonsmoker, nondrinker. MEDICATIONS: Methadone 2.5 mg, t.i.d. Zocor 2 mg, qd. Norvasc 10 mg, qd. Isosorbide 40 mg, t.i.d. Plavix 75 mg, qam. Slow K 10 meq, t.i.d. Zanaflex 4 mg, t.i.d. Tagament 400 mg. Lasix 40 mg, t.i.d. Prinivil 10 mg, qd.

O: BP: 101/72. Temp: 97.7. Weight: 249 lbs. Pulse: 88. Respiration: 18. Generally alert and oriented x 3 and in no acute distress. HEENT: Eyes, PERRLA. EOMI. TM's are normal. Pharynx is normal. Neck is supple without masses or thyromegaly. Chest: Clear. Cardiovascular: Regular rate and rhythm without murmurs, rubs, or gallops. Abdomen: Soft without masses or organomegaly, nontender. Ortho: Range of motion within normal limits, no edema. Neuro: Reflexes 2+ and symmetric with no meningismus.

A: Diagnosis: Lower back pain. Muscle spasms. CAD. Spinal stenosis.

P: Patient is written prescription for Valium 10 mg, t.i.d. #30 x one refill. Patient is to see Dr. Marsella soon. Return to the clinic as needed.

Wallace B. McGahan, M.D.
ldm


RECEIVED JAN 19 2001

Johnny Sasser
DATE: 7/3/00
CHART # 2596
ALLERGY: Codeine, Morphine, and Demerol

S: 49 year old male accompanied by wife. Complains of "feeling like something popped in head this morning". Complains of chicken house exposure with subsequent epistaxis. Patient complains of nausea and right sided headaches. Complains of numbness to hands. Complains of chest pains. FAMILY HISTORY: Unremarkable. PATIENT HISTORY: Hypertension, myocardial infarction, CABG, degenerative disc disease, brain tumor, CAD, lower back pain, and hyperlipemia. SOCIAL HISTORY: Nonsmoker, nondrinker. MEDICATIONS: Slow K 10 meq, t.i.d. Valium 10 mg, t.i.d. Lorcet 10 q4-6 hrs, PRN. Plavix 75 mg, qam. Tagament 400 mg, t.i.d. Lasix 40 mg, t.i.d. Prinivil 10 mg, qd. Zocor 20 mg, qd. Norvasc 10 mg, qd. Isosorbide 40 mg, t.i.d.

O: BP: 130/87. Temp: 99.3. Weight: refused lbs. Pulse: 130. Respiration: 18. Generally alert and oriented x 3 and in no acute distress. HEENT: Eyes, PERRLA. Nasal mucosa red and edematous. TM's are normal. Pharynx is normal. Neck is supple without masses or thyromegaly. Chest: Clear. Cardiovascular: Regular rate and rhythm without murmurs, rubs, or gallops. Abdomen: Soft without masses or organomegaly, nontender. Ortho: Range of motion within normal limits, no edema. Neuro: Reflexes 2+ and symmetric with no meningismus.

A: Diagnosis: Sciatica. Status post myocardial infarction. Spinal stenosis. Carpal tunnel syndrome. CAD. Rhinitis. Chicken house exposure epistaxis.

P: Patient is written prescription for Lorcet 10 #60 and Valium #60 x one refill for each. Patient is referred to pain clinic. Return to the clinic as needed.

Wallace B. McGahan, M.D.
ldm