# EXHIBIT 9

12:24 10/25/2000 >>>>C O P Y<<<<

SOUTHEAST ALABAMA MEDICAL CENTER
P.O. DRAWER 6987    DOTHAN, AL 36302
334-793-8111

PAIN CLINIC NOTE

ROOM#: AN              ADMIT: 10/17/2000        D/C DATE: 10/17/2000
DOB: 03/24/1951        AGE: 49Y                 PTSEX: M
PT TY: O
ATTENDING: JOHN J. MARSELLA, M.D.


ADMITTING DIAGNOSIS:
1.   Lumbar spinal stenosis, 724.02.
2.   Degenerative disc disease of the lumbar spine, 722.52.
3    Chronic low back pain, 724.4.

CPT:
1.   Expanded problem focused office visit, 99213.

Mr. Sasser is a 49 year old, white male who comes today in follow up. He currently is on a medication regimen including Methadone 5 mg 3 times a day; Baclofen 10 mg bid to tid. He is doing well on this and reports a pain level of 5 out of 10 today. This is compared to a pain level of 7 to 8 out of 10 on his visit of 9/27/00, and again this is better than his pain level of 10 out of 10 on 9/5/00, which was his initial visit. Therefore, his medication is providing him a 50% pain relief. The patient has no new complaints. His complaints continue to be low back and bilateral leg pain primarily from the knees down to the feet.

REVIEW OF SYSTEMS:
CARDIOVASCULAR:        Positive for exertional angina with occasional
                       rest angina. Positive for congestive heart
                       failure. Status post coronary artery bypass
                       grafting in 1998.
CNS:                   Positive for headache.
PERIPHERAL VASCULAR:   Positive for circulatory dysfunction.
RENAL:                 Negative for renal failure.

PHYSICAL EXAMINATION:
GENERAL:       Well developed, pleasant, white male in no acute
               distress.
VITAL SIGNS:   Blood pressure 123/86, pulse 88, respirations 18.
PAIN LEVEL:    5.
HEENT:         Negative.
NEUROLOGIC:    Unchanged from previous visit with positive Tinel
               bilaterally. Lower extremity neurologic exam shows
               decreased sensation in a non-radicular pattern of the
               right lower extremity.



NAME: SASSER, JOHNNY WANZA              MR#: 86052
JOHN J. MARSELLA, M.D.                  PATIENT#: 1851723