# EXHIBIT 10



June 17, 2004

TO:  Dr. Wallace McGahan, MD
664 Business Hwy 231
Brundidge, Alabama 36010
Fax #: none available

Dr. John Marsella, MD
Anesthesia Consultants Med Group
1908 Fairview Avenue
Dothan, Alabama 36301
Fax #: 334-673-0162

Clio Pharmacy
PO Box 460
Clio, Alabama 36017
Fax #: 334-397-2029

PATIENT:  JOHNNY SASSER
DOB:  03/24/51
CLAIM #:  AL1-000674-0

Faxing 1 page

*Handwritten note:*
NOTE FROM ADJUSTER 8/2005
NO FURTHER ACTION (IE PRE-CERTIFICATION) WAS EVER REQUESTED AND DECISION WAS NOT APPEALED. THEREFORE, MR. SASSER'S MED. ~~TREATMENT/COVERAGE UNDER~~ WORKER'S COMPENSATION WAS DENIED EFFECTIVE 6-17-04 AND CONTINUING.
Martye Lloyd
Senior Claims Rep
1-800-695-0359 x24

Dear Doctor's and Staff:

As the adjuster for this workers compensation case, I am hereby notifying you that **EFFECTIVE IMMEDIATELY** - any and all medical services, procedures, and prescriptions provided to this patient MUST go through the workers compensation pre-certification process as per the provisions of the Alabama Department of Industrial Relations divison of Workers Compensation.

**Our pre-certification company, IntraCorp, can be reached at:**
**1-800-382-9163**

Please accept this as written notification that any further treatment or prescriptions which are not pre-certified prior to completion will be denied.

If you have any questions, feel free to contact me.

Sincerely,

Martye Lloyd
Senior Claims Representative
1-800-695-0359 x248

cc'd clt

Ryder Services Corporation
PO Box 2370, Alpharetta, GA  30023-2
Tel 770 569 7601 Fax 770 446 8746
800 695 0359