IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY W. SASSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv593-CSC |
| | ) | |
| RYDER TRUCK RENTAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now pending before the court is the June 6, 2007, motions to extend time (doc. # 15 & 16) filed by the plaintiff. Upon consideration of the motion and for good cause, it is

ORDERED that the motions (doc. # 15 & 16) be and are hereby GRANTED. The time for the plaintiff to respond to the defendant's motion for summary judgment be and is hereby EXTENDED from June 11, 2007 until July 31, 2007.

Done this 11th day of June, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE