IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY W. SASSER,<br><br>Plaintiff(s),<br><br>v.<br><br>RYDER TRUCK RENTAL, INC., d/b/a<br>RYDER DEDICATED LOGISTICS, INC.,<br>a/k/a RYDER INTEGRATED<br>LOGISTICS, INC., RYDER SERVICES<br>CORPORATION and MARTYE LLOYD,<br><br>Defendant(s). | Civil Action No.<br>2:06-cv-593-CSC |

### CORPORATE CONFLICT/DISCLOSURE STATEMENT

In accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- See Exhibit "A" (attached hereto and incorporated by reference herein).


Respectfully submitted,

By: /s/ Conley W. Knott
Conley W. Knott (Fed ID: 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)
Attorneys for Ryder Truck Rental, Inc., Ryder Integrated Logistics, Inc., and Martye Lloyd

*Sasser, Johnny W. Vs. Ryder Truck Rental, Inc. And Martye Lloyd, et al (outrage)*
Civil Action No.:   2:06-cv-593-CSC
Corporate Conflict/Disclosure Statement

OF COUNSEL:
Austill Lewis, P.C.
P.O. Box 11927
Birmingham, AL  35202-1927

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed, on this  11th   day of June, 2007 to:

Amy M. Shumate
519 South Oates Street
Dothan, AL  36301
   Attorney For: Johnny W. Sasser

/s/ Conley W. Knott
OF COUNSEL