# EXHIBIT "A"

The following list sets forth (i) all subsidiaries of Ryder System, Inc. at December 31, 2006, (ii) the state or country of incorporation or organization of each subsidiary, and (iii) the names under which certain subsidiaries do business.

| Name of Subsidiary | State or Country of Incorporation or Organization |
| --- | --- |
| 1318359 Ontario Limited [1] | Canada |
| Ascent Logistics (Taiwan) Company Ltd. | Taiwan |
| Associated Ryder Capital Services, Inc. | Florida |
| CRTS Logistica Automotiva S.A. | Brazil |
| Far East Freight, Inc. | Florida |
| Network Vehicle Central, Inc. | Florida |
| Network Vehicle Central, LLC. | Florida |
| Phaseking Limited | United Kingdom |
| Road Master, Limited | Bermuda |
| RSI Acquisition Corp. | Delaware |
| RSI Holding B.V. | Netherlands |
| RSI Purchase Corp. | Delaware |
| RTI Argentina S.A. | Argentina |
| RTRC Finance LP | Canada |
| RTR Holdings (B.V.I.) Limited | British Virgin Islands |
| RTR Leasing I, Inc. | Delaware |
| RTR Leasing II, Inc. | Delaware |
| Ryder Airport Operations Corp. | Florida |
| Ryder Argentina S.A. | Argentina |
| Ryder-Ascent Logistics Pte Ltd. | Singapore |
| Ryder Asia Pacific Holdings B.V. | Netherlands |
| Ryder Asia Pacific Pte Ltd. | Singapore |
| Ryder Australia Pty Ltd. | Australia |
| Ryder Capital Ireland | United Kingdom |
| Ryder Capital Ireland Holdings I LLC | Delaware |
| Ryder Capital Ireland Holdings II LLC | Delaware |
| Ryder Capital S. de R.L. de C.V. | Mexico |
| Ryder Capital Services Corporation | Delaware |
| RYDERCORP | Florida |
| RYDERCORP, Inc. | Delaware |
| Ryder de Mexico S. de R.L. de C.V. | Mexico |
| Ryder Dedicated Logistics, Inc. | Delaware |
| Ryder Deutschland GmbH | West Germany |
| Ryder Distribution Services Limited | United Kingdom |
| Ryder do Brasil Ltda. | Brazil |
| Ryder Energy Distribution Corporation | Florida |
| Ryder Europe B.V. | Netherlands |
| Ryder Europe Operations B.V. | Netherlands |
| Ryder FleetProducts.com, Inc. | Tennessee |
| Ryder Fuel Services, LLC | Delaware |
| Ryder Funding LP | Delaware |
| Ryder Funding II LP | Delaware |
| Ryder Holding, LLC | Delaware |
| Ryder (Hong Kong) Co. Limited | Hong Kong |
| Ryder Hungary Logistics LLC | Hungary |
| Ryder, Inc. of Florida | Florida |
| Ryder Integrated Logistics, Inc. [2] | Delaware |
| Ryder International Acquisition Corp. | Florida |

| Name of Subsidiary | State or Country of Incorporation or Organization |
|---|---|
| Ryder International, Inc. | Florida |
| Ryder Logistica Ltda. | Brazil |
| Ryder Logistics (Shanghai) Co., Ltd. | China |
| Ryder Mauritius Holdings, Ltd. | Mauritius |
| Ryder Mexican Holding B.V. | Netherlands |
| Ryder Mexican Investments I LLC | Delaware |
| Ryder Mexican Investments II LLC | Delaware |
| Ryder Mexican Investments I LP | Delaware |
| Ryder Mexican Investments II LP | Delaware |
| Ryder Mexicana, S.A. de C.V. | Mexico |
| Ryder Offshore Holdings I LLC | Delaware |
| Ryder Offshore Holdings II LLC | Delaware |
| Ryder Offshore Holdings III LLC | Delaware |
| Ryder Offshore Holdings LP | Delaware |
| Ryder Pension Fund Limited | United Kingdom |
| Ryder Polska Sp. z o.o. | Poland |
| Ryder Public Limited Company | United Kingdom |
| Ryder Puerto Rico, Inc. | Delaware |
| Ryder Purchasing LLC | Delaware |
| Ryder Realty, Inc. | Delaware |
| Ryder Receivable Funding, L.L.C. | Florida |
| Ryder Receivable Funding II, L.L.C. | Delaware |
| Ryder Services Corporation [3] | Florida |
| Ryder Servicios do Brasil Ltda. | Brazil |
| Ryder Servicios S. de R.L. de C.V. | Mexico |
| Ryder (Shanghai) Logistics Co., Ltd. | China |
| Ryder Singapore Pte Ltd. | Singapore |
| Ryder Sistemas Integrados de Logistica Limitada [4] | Chile |
| Ryder St. Louis Redevelopment Corporation | Missouri |
| Ryder Sweden AB | Sweden |
| Ryder System B.V. | Netherlands |
| Ryder System Holdings (UK) Limited | United Kingdom |
| Ryder System Limited | United Kingdom |
| Ryder System Malaysia Sdn. Bhd. | Malaysia |
| Ryder System (Thailand) Co., Ltd. | Thailand |
| Ryder Thailand I, LLC | Florida |
| Ryder Thailand II, LLC | Florida |
| Ryder Thailand III, LLC | Florida |
| Ryder Thailand IV, LLC | Florida |
| Ryder Thailand V, LLC | Florida |
| Ryder Thailand VI, LLC | Florida |
| Ryder Truck Rental Holdings Canada Ltd. | Canada |
| Ryder Truck Rental, Inc. [5] | Florida |
| Ryder Truck Rental I LLC | Delaware |
| Ryder Truck Rental II LLC | Delaware |
| Ryder Truck Rental III LLC | Delaware |
| Ryder Truck Rental IV LLC | Delaware |
| Ryder Truck Rental I LP | Delaware |
| Ryder Truck Rental II LP | Delaware |
| Ryder Truck Rental Canada Ltd. [6] | Canada |
| Ryder Truck Rental LT | Delaware |
| Ryder Truckstops, Inc. | Florida |
| Ryder Vehicle Lease Trust 1999-A | Delaware |
| Ryder Vehicle Lease Trust 2001-A | Delaware |

| Name of Subsidiary | State or Country of Incorporation or Organization |
|---|---|
| Sistemas Logisticos Sigma S.A. | Argentina |
| Spring Hill Integrated Logistics Management, Inc. | Delaware |
| Surplus Property Holding Corp. | Florida |
| Tandem Transport, L.P. | Georgia |
| Translados Americanos S. de R.L. de C.V. | Mexico |
| TTR Logistics, LLC | Delaware |
| Truck Transerv, Inc. | Delaware |

(1) *Ontario, Canada: d/b/a Ryder Grocery Services*

(2) *Florida: d/b/a UniRyder*

(3) *Ohio and Texas: d/b/a Ryder Claims Services Corporation*

(4) *Chile: d/b/a Ryder Chile Limitada*

(5) *Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin and Wyoming: d/b/a Ryder Transportation Services*

   *Maryland and Virginia: d/b/a Ryder/Jacobs*
   *Michigan: d/b/a Atlas Trucking, Inc.*
   *Michigan: d/b/a Ryder Atlas of Western Michigan*

(6) *French Name: Location de Camions Ryder du Canada Ltee.*

   *Canada: d/b/a  Ryder Integrated Logistics*
   *Ryder Dedicated Logistics*
   *Ryder Canada*