IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY W. SASSER, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO.: 2:06cv593-CSC |
| | ) |
| RYDER TRUCK RENTAL, et al., | ) |
| | ) |
| DEFENDANTS. | ) |

NOTICE CONCERNING SETTLEMENT
CONFERENCE AND MEDIATION

COMES NOW, the Plaintiff, by and through his undersigned attorney and in compliance with Section 3. of the Uniform Scheduling Order, makes known to the Court the following:

1. The parties are currently in settlement negotiations. Although a settlement has not yet been reached, the parties remain optimistic.

2. The parties believe mediation will assist in this matter and have already agreed upon a mediator. At this time, the parties are in the process of scheduling the mediation.

Respectfully submitted this 14th day of June, 2007.

                                                                                                                                                              /s/ Amy M. Shumate
                                                               Amy M. Shumate (SHU015)
                                                               Attorney for the Plaintiff
                                                               519 South Oates Street
                                                               Dothan, Alabama 36301
                                                               (334) 673-0729

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed, on this __14th___ day of June, 2007 to:

Conley W. Knott
Austill, Lewis & Simms, P.C.
P.O. Box 11927
Birmingham, Alabama 35202-1927
    Attorney For: Ryder Truck Rental, Inc.


William A. Austill
Austill, Lewis & Simms, P.C.
P.O. Box 11927
Birmingham, Alabama 35202-1927
    Attorney For: Ryder Truck Rental, Inc

                                                  _____
                                                  Amy M. Shumate