# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

JOHNNY W. SASSER,

        Plaintiff(s),

v.

RYDER TRUCK RENTAL, INC., d/b/a RYDER DEDICATED LOGISTICS, INC., a/k/a RYDER INTEGRATED LOGISTICS, INC., RYDER SERVICES CORPORATION and MARTYE LLOYD,

        Defendant(s).

Civil Action No. 2:06-cv-593-CSC

## NOTICE TO CLERK OF THE CIRCUIT COURT

Take notice that the undersigned has, this date, served on counsel of all parties the following:

- ☐ Interrogatories to _____
- ☐ Answers to Interrogatories of _____
- ☐ Requests for Production of Documents to _____
- ☐ Response to Request for Production of Documents of _____
- ☐ Requests for Admission to _____
- ☐ Response to Requests for Admission of _____
- ☒ Notice of Deposition of Dr. Barnard

This the 2nd day of October, 2007

        Respectfully submitted,

        _____
        Conley W. Knott
        Bar Number: KNO012
        Attorney for Ryder

Case 2:06-cv-00593-CSC   Document 29   Filed 10/02/2007   Page 2 of 5

Sasser, Johnny W. vs. Ryder Truck Rental, Inc. And Martye Lloyd, et al (outrage)
Civil Action No.:   2:06-cv-593-CSC
NOTICE TO CLERK OF THE CIRCUIT COURT

OF COUNSEL:
Austill Lewis, P.C.
P.O. Box 11927
Birmingham, AL 35202-1927

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed, on this  2nd  day of October, 2007 to:


Amy M. Shumate
519 South Oates Street
Dothan, AL 36301
   Attorney For: Johnny W. Sasser



_____
OF COUNSEL

# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

JOHNNY W. SASSER,

  PLAINTIFF(S),

V.

RYDER TRUCK RENTAL, INC., D/B/A RYDER DEDICATED LOGISTICS, INC., A/K/A RYDER INTEGRATED LOGISTICS, INC., RYDER SERVICES CORPORATION AND MARTYE LLOYD,

  DEFENDANT(S).

CIVIL ACTION NO. 2:06-CV-593-CSC

## RE-NOTICE OF DEPOSITION

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT THE UNDERSIGNED ATTORNEY WILL TAKE THE DEPOSITION OF:

| NAME: | DATE AND TIME: | LOCATION: |
|---|---|---|
| Dr. Henry Barnard | on Thursday, October 11, 2007 at 8:00 AM | Neurospine, PC 287 Healthwest Drive Dothan, AL 36303 |

upon an oral examination before American Court Reporting, or a Notary Public or officer authorized by law to take depositions in the State of Alabama. The oral examination will continue from day to day until

completed. The depositions are being taken for purposes of discovery, for use at trial or are being taken for such other purposes as are permitted under the Rules of the Court. You are invited to attend and cross-examine.

Pursuant to Rule 30(b)(6), Ala.R.Civ.P., the deponent is requested to produce and permit inspection and copying of the following designated items at the deposition:

1. Any and all documents in your possession concerning the Plaintiff.

2. Your entire file concerning the Plaintiff, including but not limited to, new patient forms, admission and discharge summaries, films and raw data of x-rays and other diagnostic studies, reports of x-rays and other diagnostic studies, office notes, correspondence, copies of any consultation reports, pertaining to the care and treatment at any time whatsoever regarding the Plaintiff.

3. Your entire billing records concerning the Plaintiff, including but not limited to any and all invoices for services rendered, any and all records of payment for services.

Respectfully submitted,

/s/ Conley W. Knott
Conley W. Knott
Bar Number: KNO012

OF COUNSEL:
Austill Lewis, P.C.
P.O. Box 11927
Birmingham, AL 35202-1927

## CERTIFICATE OF SERVICE

I hereby certify that, on the ___2___ day of October, 2007, I have served a copy of the above and foregoing on counsel for all parties by:

_____   Facsimile transmission;

_____   Hand delivery;

_____   Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to:

__X__   Using the Electronic Filing system which will send notification of such to the following:

Amy M. Shumate
519 South Oates Street
Dothan, AL 36301
   Attorney For: Johnny W. Sasser

_____
OF COUNSEL

American Court Reporting