# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| JOHNNY W. SASSER,<br><br>Plaintiff(s),<br><br>v.<br><br>RYDER TRUCK RENTAL, INC., d/b/a RYDER DEDICATED LOGISTICS, INC., a/k/a RYDER INTEGRATED LOGISTICS, INC., RYDER SERVICES CORPORATION and MARTYE LLOYD,<br><br>Defendant(s). | Civil Action No.<br>2:06-cv-593-CSC |

## NOTICE TO CLERK OF THE CIRCUIT COURT

Take notice that the undersigned has, this date, served on counsel of all parties the following:

- ☐ Interrogatories to _____
- ☐ Answers to Interrogatories of _____
- ☐ Requests for Production of Documents to _____
- ☐ Response to Request for Production of Documents of _____
- ☐ Requests for Admission to _____
- ☐ Response to Requests for Admission of _____
- ☒ Notice of Deposition of **Dr. Henry Barnard**

This the 10th day of October, 2007

Respectfully submitted,

*/s/ Conley W. Knott*

Conley W. Knott
Bar Number: KNO012
Attorney for Ryder

*Sasser, Johnny W. vs. Ryder Truck Rental, Inc. And Martye Lloyd, et al (outrage)*
Civil Action No.:    2:06-cv-593-CSC
NOTICE TO CLERK OF THE CIRCUIT COURT

OF COUNSEL:
Austill Lewis, P.C.
P.O. Box 11927
Birmingham, AL 35202-1927

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed, on this 10th day of October, 2007 to:

Amy M. Shumate
519 South Oates Street
Dothan, AL 36301
   Attorney For: Johnny W. Sasser

_____
OF COUNSEL