IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY W. SASSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv593-CSC |
| | ) | |
| RYDER TRUCK RENTAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The plaintiff filed this action alleging state law claims of outrage and negligent supervision. *See* Compl., Doc. # 1. On May 24, 2007, the defendants filed a motion seeking summary judgment on all claims. (Doc. # 10). However, in their motion for summary judgment, the defendants do not address the plaintiff's negligent supervision claim. In opposition to the motion, the plaintiff also does not address the negligent supervision claim. Accordingly, upon consideration of the motion for summary judgment, it is

ORDERED that on or before November 1, 2007, the defendants shall notify the court in writing whether they intend to seek summary judgment on the plaintiff's negligent supervision claim, and if so, shall file a supplement to their motion on or before said date.

If the defendants file a supplement to their motion for summary judgment, the court will, by separate order, permit the plaintiff an opportunity to respond.

Done this 18th day of October, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE