IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY W. SASSER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv593-CSC |
| | ) |
| RYDER TRUCK RENTAL, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

On November 1, 2007, the defendants filed a supplemental brief in support of their motion for summary judgment. Accordingly, it is

ORDERED that on or before November 16, 2007, the plaintiff may file a brief in response to the defendants' supplemental brief.

Done this 1st day of November, 2007.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE