IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

| | |
|---|---|
| JOHNNY W. SASSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:06-cv-593-CSC |
| v. ) | |
| ) | |
| RYDER TRUCK RENTAL, INC., et. al., ) | |
| ) | |
| Defendants, ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __Johnny W. Sasser__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |

11/28/2007
Date

(Signature)

Amy M. Shumate
(Counsel's Name)

**Johnny W. Sasser, Plaintiff**
Counsel for (print names of all parties)

519 South Oates Street
Dothan, Alabama 36301
Address, City, State Zip Code

334-673-0729
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Amy M. Shumate _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 28th ____ day of November _____ 20 07, to:

William Austill, P.O. Box 11927, Birmingham, Alabama 35202-1927

Conley W. Knott, P.O. Box 11927, Birmingham, Alabama 35202-1927

11/28/2007
Date

Signature