IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY W. SASSER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv593-CSC |
| | )             (WO) |
| RYDER TRUCK RENTAL, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion and order entered contemporaneously with this final judgment, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and that this case be and is hereby DISMISSED with prejudice. It is further

ORDERED that the costs of this proceeding be and are hereby taxed against the plaintiff.

Done this 2nd day of January, 2008.

                              /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE